# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| EFFECTIVE EXPLORATION, LLC, | § |
| | § |
| *Plaintiff*, | §  Case No. 2:16-CV-00607-JRG-RSP |
| | § |
| v. | § |
| | § |
| BLUESTONE NATURAL RESOURCES II, LLC, | § |
| | § |
| *Defendant*. | § |

## ORDER

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne on April 21, 2017 (Dkt. No. 65) recommending that Defendants' Joint Motion to Dismiss for Failure to State a Claim (Dkt. No. 35) be denied. Having considered Defendants' Objections and Motion for Reconsideration (Dkt. No. 68) and finding Defendants' arguments to be without suffcient merit, and after a de novo review, the Report and Recommendation is **ADOPTED**. Defendants' Joint Motion to Dismiss for Failure to State a Claim (Dkt. No. 35) and Defendants' Motion for Reconsideration (Dkt. No. 68) are hereby **DENIED**.

**So ORDERED and SIGNED this 11th day of May, 2017.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE