IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EFFECTIVE EXPLORATION, LLC, | § § | |
| v. | § § | Case No. 2:16-CV-00607-JRG-RSP |
| BLUESTONE NATURAL RESOURCES II, LLC | § § § | |

## ORDER

Magistrate Judge Payne issued a report recommending that Defendants' motion for summary judgment be denied. No objections were filed, and the time to do so has now passed. *See* Fed. R. Civ. P. 72(b)(2). Having considered the Report and Recommendation de novo, the Court finds no reason to reject or modify the recommended disposition. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C).

Accordingly,

It is **ORDERED**:

(1) The Magistrate Judge's Report and Recommendation, Dkt. 124, is **ADOPTED**.

(2) Defendants' motion for summary judgment, Dkt. 51, is **DENIED**.

So ORDERED and SIGNED this 22nd day of September, 2017.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE