# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| EFFECTIVE EXPLORATION, LLC, | § § § | |
| *Plaintiff*, | § | Case No. 2:16-cv-00607-JRG-RSP |
| v. | § § § | |
| BLUESTONE NATURAL RESOURCES II, LLC, | § § § § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Report and Recommendation filed by Magistrate Judge Payne, recommending that Defendant's motion for summary judgment of noninfringement be granted. Dkt. No. 176. Having reviewed the objections, and having considered the Report and Recommendation de novo, the Court finds no reason to reject or modify the recommended disposition. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(C).

Accordingly,

It is **ORDERED**:

(1) Effective's objections, Dkt. No. 181, are overruled.

(2) The Magistrate Judge's Report and Recommendation, Dkt. No. 176, is adopted.

(3) BlueStone's motion for summary judgment of noninfringement, Dkt. No. 132, is granted.

**So ORDERED and SIGNED this 29th day of November, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE