# EXHIBIT A

Invoice 2509


July 4, 2017


Ms. Stephanie Noelle Sivinski
Haynes & Boone
2323 Victory Avenue, Suite 700
Dallas, Texas  75219
stephanie.sivinski@haynesboone.com


RE:  Effective Exploration vs Bluestone Natural
Resources II


DESCRIPTION:

Claim Construction Hearing 6/9/17          $620.50


            TOTAL        $620.50




Thank you,

Tammy Goolsby

Payable in Longview, Gregg County, Texas


            TAMMY L. GOOLSBY, CSR
             103 Prairie Lane
            Longview, Texas  75605
             (903) 445-5355
             TAX ID 457820841

Invoice 2617


December 5, 2017


Ms. Stephanie Sivinski
Haynes & Boone
2323 Victory Avenue, Suite 700
Dallas, Texas  75219
stephanie.sivinski@haynesboone.com


RE:  Effective Exploration vs Bluestone Natural
Resources II

DESCRIPTION:

Pretrial and Motions Hearing 11/9/17        $635.35


                        TOTAL        $635.35




Thank you,

Tammy Goolsby

Payable in Longview, Gregg County, Texas


                TAMMY L. GOOLSBY, CSR
                   103 Prairie Lane
                Longview, Texas  75605
                    (903) 445-5355
                   TAX ID 457820841




♀

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 179642 | 8/3/2017 | 150966 |
| **Job Date** | **Case No.** | |
| 7/11/2017 | 2:16-CV-00607-JRG-RSP | |
| **Case Name** | | |
| Effective Exploration, LLC -v- Bluestone Natural Resources, II, LLC, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Matthew Phillip Chiarizio, Esq
Haynes and Boone, LLP
2323 Victory Avenue
Suite 700
Dallas, TX  75219

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Doug Redmond, Corporate Designee - LEF | 186.00 | Pages | 604.50 |
| Exhibits | 949.00 | Pages | 332.15 |
| LEF File | | | 95.00 |
| Processing Fee | | | 35.00 |

**TOTAL DUE  >>>**                **$1,066.65**

AFTER 9/2/2017  PAY                $1,119.98

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289          Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**(-) Payments/Credits:**          189.90
**(+) Finance Charges/Debits:**       0.00
**(=) New Balance:**            **$876.75**

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Matthew Phillip Chiarizio, Esq
Haynes and Boone, LLP
2323 Victory Avenue
Suite 700
Dallas, TX  75219

| | | |
|---|---|---|
| Invoice No. | : | 179642 |
| Invoice Date | : | 8/3/2017 |
| **Total Due** | : | **$876.75** |

| | | |
|---|---|---|
| Job No. | : | 150966 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 2:16-CV-00607-JRG-RSP |
| Case Name | : | Effective Exploration, LLC -v- Bluestone Natural Resources, II, LLC, et al. |

Remit To:    **Planet Depos, LLC**
             **405 East Gude Drive**
             **Suite 209**
             **Rockville, MD  20850**

# Veritext Corp
# Texas Region

300 Throckmorton Street, Suite 1600
Fort Worth TX 76102
Tel. 817-336-3042 Fax. 817-654-4006
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Stephanie Sivinski<br>Haynes & Boone LLP<br>2323 Victory Ave<br>Suite 700<br>Dallas, TX, 75219-7673 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | TX3038823<br>7/25/2017<br>$0.00 |

| | |
|---|---|
| **Case:** | Effective Exploration, Llc v. Bluestone Natural Resource II, LLC |
| **Job #:** | 2643326 \| Job Date: 7/14/2017 \| Delivery: Expedited |
| **Billing Atty:** | Stephanie Sivinski |
| **Location:** | Haynes & Boone |
| | 2323 Victory Ave \| Ste 700 \| Dallas, TX 75219 |
| **Sched Atty:** | Russ Emerson \| Haynes & Boone LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Paul Heath 30(b)(6) | Original with 1 Certified Transcript | Page | 95.00 | $5.55 | $527.25 |
| | Transcript - Expedited Fee | Page | 95.00 | $3.89 | $369.55 |
| | Exhibits | Per Page | 99.00 | $0.20 | $19.80 |
| | Realtime Services | Page | 95.00 | $1.50 | $142.50 |
| | Rough Draft | Page | 95.00 | $1.50 | $142.50 |
| | Litigation Package | 1 | 1.00 | $30.00 | $30.00 |
| | Administration Fee | | 1.00 | $58.00 | $58.00 |
| | CD ROM Copy | | 1.00 | $25.00 | $25.00 |
| | Exhibits Scanned-Searchable - OCR | Per Page | 91.00 | $0.50 | $45.50 |
| | Shipping & Handling | Package | 2.00 | $21.47 | $42.94 |

| | | |
|---|---|---|
| **Notes:** Realtime/Rough Draft<br>3-Day Expedite | **Invoice Total:** | $1,403.04 |
| | **Payment:** | ($1,403.04) |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1 5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | **TX3038823** |
| **Job #:** | **2643326** |
| **Invoice Date:** | **7/25/2017** |
| **Balance:** | **$0.00** |

10861

**Veritext Corp**
**Texas Region**

300 Throckmorton Street, Suite 1600
Fort Worth TX 76102
Tel. 817-336-3042 Fax. 817-654-4006
Fed. Tax ID: 20-3132569



| Bill To: | Russ Emerson | | | | |
| | Haynes & Boone LLP | | **Invoice #:** | TX3051443 |
| | 2323 Victory Ave | | **Invoice Date:** | 8/3/2017 |
| | Suite 700 | | **Balance Due:** | $683.47 |
| | Dallas, TX, 75219-7673 | | | |

| | |
|---|---|
| **Case:** | Effective Exploration, Llc v. Bluestone Natural Resource II, LLC |
| **Job #:** | 2643326 \| Job Date: 7/14/2017 \| Delivery: Expedited |
| **Billing Atty:** | Russ Emerson |
| **Location:** | Haynes & Boone |
| | 2323 Victory Ave \| Ste 700 \| Dallas, TX 75219 |
| **Sched Atty:** | Russ Emerson \| Haynes & Boone LLP |

| Witness | Description | Amount |
|---|---|---|
| Paul Heath 30(b)(6) | Video - Services | $418.47 |
| | Video - Initial Fee | $265.00 |

| Notes: | | **Invoice Total:** | $683.47 |
|---|---|---|---|
| | | **Payment:** | $0.00 |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $683.47 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

10861

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | TX3051443 |
| **Job #:** | 2643326 |
| **Invoice Date:** | 8/3/2017 |
| **Balance:** | $683.47 |

## Veritext Corp
## Texas Region



300 Throckmorton Street, Suite 1600
Fort Worth TX 76102
Tel. 817-336-3042 Fax. 817-654-4006
Fed. Tax ID: 20-3132569

| | | | |
|---|---|---|---|
| **Bill To:** | Matthew Chiarizio, Esq.<br>Haynes & Boone LLP<br>2323 Victory Ave<br>Suite 700<br>Dallas, TX, 75219-7673 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | TX3098446<br>9/20/2017<br>$0.00 |

| | |
|---|---|
| **Case:** | Effective Exploration, LLC v. Bluestone Natural Resource II, LLC |
| **Job #:** | 2684300 \| Job Date: 9/6/2017 \| Delivery: Normal |
| **Billing Atty:** | Matthew Chiarizio, Esq. |
| **Location:** | Haynes & Boone LLP |
| | 2323 Victory Ave \| Suite 700 \| Dallas, TX 75219-7673 |
| **Sched Atty:** | Stephanie Sivinski \| Haynes & Boone LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 105.00 | $5.55 | $582.75 |
| | Realtime Services | Page | 105.00 | $1.50 | $157.50 |
| | Rough Draft | Page | 105.00 | $1.50 | $157.50 |
| | Litigation Package | 1 | 1.00 | $46.00 | $46.00 |
| Walter Bratic | Administration Fee | | 1.00 | $58.00 | $58.00 |
| | Exhibits Scanned-Searchable - OCR | Per Page | 426.00 | $0.50 | $213.00 |
| | Tabs | | 3.00 | $0.50 | $1.50 |
| | Binders 1" or 2" | | 1.00 | $22.00 | $22.00 |
| | Shipping & Handling | Package | 2.00 | $21.47 | $42.94 |

| | | | |
|---|---|---|---|
| **Notes:** Realtime/Rough Draft Provided | | **Invoice Total:** | $1,281.19 |
| | | **Payment:** | ($1,281.19) |
| | | **Credit:** | $0.00 |
| | | **Interest:** | $0.00 |
| | | **Balance Due:** | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1 5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | **TX3098446** |
| **Job #:** | **2684300** |
| **Invoice Date:** | **9/20/2017** |
| **Balance:** | **$0.00** |

10861

**Veritext Corp**
**Texas Region**

300 Throckmorton Street, Suite 1600
Fort Worth TX 76102
Tel. 817-336-3042 Fax. 817-654-4006
Fed. Tax ID: 20-3132569



| Bill To: | Matthew Chiarizio, Esq. | | |
|---|---|---|---|
| | Haynes & Boone LLP | **Invoice #:** | TX3099968 |
| | 2323 Victory Ave | **Invoice Date:** | 9/21/2017 |
| | Suite 700 | **Balance Due:** | $612.22 |
| | Dallas, TX, 75219-7673 | | |

| | |
|---|---|
| **Case:** | Effective Exploration, LLC v. Bluestone Natural Resource II, LLC |
| **Job #:** | 2684300 \| Job Date: 9/6/2017 \| Delivery: Normal |
| **Billing Atty:** | Matthew Chiarizio, Esq. |
| **Location:** | Haynes & Boone LLP |
| | 2323 Victory Ave \| Suite 700 \| Dallas, TX 75219-7673 |
| **Sched Atty:** | Stephanie Sivinski \| Haynes & Boone LLP |

| Witness | Description | Amount |
|---|---|---|
| Walter Bratic | Video - Services | $347.22 |
| | Video - Initial Fee | $265.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $612.22 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $612.22 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to**
**www.veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

10861

Please remit payment to:
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | TX3099968 |
| **Job #:** | 2684300 |
| **Invoice Date:** | 9/21/2017 |
| **Balance:** | $612.22 |

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 187044 | 9/27/2017 | 156964 |

| Job Date | Case No. |
|---|---|
| 9/7/2017 | 2:16-CV-00607-JRG-RSP |

| Case Name |
|---|
| Effective Exploration, LLC -v- Bluestone Natural Resources, II, LLC, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Matthew Phillip Chiarizio, Esq
Haynes and Boone, LLP
2323 Victory Avenue
Suite 700
Dallas, TX  75219

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Barry L. Bell | 139.00 | Pages | 451.75 |
| Rough ASCII | 100.00 | | 150.00 |
| Exhibits | 184.00 | Pages | 64.40 |
| Processing Fee | | | 35.00 |

**TOTAL DUE  >>>**          **$701.15**
AFTER 10/27/2017  PAY       $736.21

Ordered By      :  Effective -v- Bluestone [2:16-CV-00607-611-JRG-RSP] (Haynes)
                   Haynes and Boone, LLP
                   2323 Victory Avenue
                   Suite 700
                   Dallas, TX 75219

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289     Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within
30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

---

*Please detach bottom portion and return with payment.*

Matthew Phillip Chiarizio, Esq
Haynes and Boone, LLP
2323 Victory Avenue
Suite 700
Dallas, TX  75219

| | | |
|---|---|---|
| Invoice No. | : | 187044 |
| Invoice Date | : | 9/27/2017 |
| **Total Due** | **:** | **$701.15** |
| AFTER 10/27/2017  PAY | | $736.21 |

Remit To:  **Planet Depos, LLC**
           **405 East Gude Drive**
           **Suite 209**
           **Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 156964 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 2:16-CV-00607-JRG-RSP |
| Case Name | : | Effective Exploration, LLC -v- Bluestone Natural Resources, II, LLC, et al. |

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 188666 | 10/17/2017 | 159363 |

| Job Date | Case No. | |
|---|---|---|
| 9/21/2017 | 2:16-CV-00607-JRG-RSP | |

| Case Name | | |
|---|---|---|
| Effective Exploration, LLC -v- Bluestone Natural Resources, II, LLC, et al. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Kelly Hess
Haynes and Boone, LLP
2323 Victory Avenue
Suite 700
Dallas, TX 75219

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| D. Nathan Meehan, Ph.D., P.E. | 192.00 | Pages | 624.00 |
| Rough ASCII | 148.00 | Pages | 222.00 |
| Exhibits | 348.00 | Pages | 121.80 |
| Processing Fee | | | 35.00 |

**TOTAL DUE >>>**                    **$1,002.80**
AFTER 11/16/2017 PAY                $1,052.94

Ordered By      :  Effective -v- Bluestone [2:16-CV-00607-611-JRG-RSP] (Haynes)
                   Haynes and Boone, LLP
                   2323 Victory Avenue
                   Suite 700
                   Dallas, TX 75219

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289        Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within
30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

---

*Please detach bottom portion and return with payment.*

Kelly Hess
Haynes and Boone, LLP
2323 Victory Avenue
Suite 700
Dallas, TX 75219

| | | |
|---|---|---|
| Invoice No. | : | 188666 |
| Invoice Date | : | 10/17/2017 |
| **Total Due** | **:** | **$1,002.80** |
| AFTER 11/16/2017 PAY | | $1,052.94 |

| | | |
|---|---|---|
| Job No. | : | 159363 |
| BU ID | : | 21-OOT-R |
| Case No. | : | 2:16-CV-00607-JRG-RSP |
| Case Name | : | Effective Exploration, LLC -v- Bluestone Natural Resources, II, LLC, et al. |

Remit To:   **Planet Depos, LLC**
            **405 East Gude Drive**
            **Suite 209**
            **Rockville, MD  20850**

# INVOICE



**NETWORK**
DEPOSITION SERVICES

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 86744 | 10/2/2017 | 55169 |
| **Job Date** | **Case No.** | |
| 9/7/2017 | 2:16-cv-00607-JRG-RSP | |
| **Case Name** | | |
| Effective Exploration v. Bluestone Natural Resources II, LLC | | |
| **Payment Terms** | | |
| Net 30 | | |

Ms. Stephanie N. Sivinski
Haynes Boone
2323 Victory Avenue
Suite 700
Dallas TX 75219

| | |
|---|---|
| ORIGINAL TRANSCRIPT OF: | |
| Robert Enick, Ph. D. | 1,157.25 |
| Appearance - Full Day | 75.00 |
| E-Tran/ASCII Emailed | 20.00 |
| Postage & Handling | 20.00 |
| **TOTAL DUE >>>** | **$1,272.25** |

Thank you for your business!

**Tax ID:** 02-0680493

*Please detach bottom portion and return with payment.*

Ms. Stephanie N. Sivinski
Haynes Boone
2323 Victory Avenue
Suite 700
Dallas TX 75219

| Invoice No. | : | 86744 |
|---|---|---|
| Invoice Date | : | 10/2/2017 |
| **Total Due** | : | **$ 1,272.25** |

Remit To: **Urbash Professional Reporting, Inc.**
**d/b/a NETWORK DEPOSITION SERVICES**
**2936 McNeal Road**
**Allison Park, PA 15101**
**www.ndsreporting.com     866-565-1929**

| Job No. | : | 55169 |
|---|---|---|
| BU ID | : | Pittsburgh |
| Case No. | : | 2:16-cv-00607-JRG-RSP |
| Case Name | : | Effective Exploration v. Bluestone Natural Resources II, LLC |

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 86451 | 9/19/2017 | 55170 |
| **Job Date** | **Case No.** | |
| 9/7/2017 | 2:16-cv-00607-JRG-RSP | |
| **Case Name** | | |
| Effective Exploration v. Bluestone Natural Resources II, LLC | | |
| **Payment Terms** | | |
| Net 30 | | |

Ms. Stephanie N. Sivinski
Haynes Boone
2323 Victory Avenue
Suite 700
Dallas TX  75219

| | | | |
|---|---|---|---|
| Dr. Robert Enick | | | |
| Video Appearance | | | 275.00 |
| Video Additional Hours | 5.00 Hours | | 475.00 |
| Video Operator Parking | | | 13.00 |
| | | **TOTAL DUE  >>>** | **$763.00** |

Thank you for your business!

**Tax ID:** 02-0680493

*Please detach bottom portion and return with payment.*

Ms. Stephanie N. Sivinski
Haynes Boone
2323 Victory Avenue
Suite 700
Dallas TX  75219

| | | |
|---|---|---|
| Invoice No. | : | 86451 |
| Invoice Date | : | 9/19/2017 |
| **Total Due** | : | **$ 763.00** |

| | | |
|---|---|---|
| Job No. | : | 55170 |
| BU ID | : | Pittsburgh |
| Case No. | : | 2:16-cv-00607-JRG-RSP |
| Case Name | : | Effective Exploration v. Bluestone Natural Resources II, LLC |

Remit To:  **Urbash Professional Reporting, Inc.**
**d/b/a NETWORK DEPOSITION SERVICES**
**2936 McNeal Road**
**Allison Park, PA  15101**
**www.ndsreporting.com     866-565-1929**

## Expenses

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 11/03/16 | ██ | ESI Data Processing & Database Load - Process Bluestone and Vantage files posted to Texas Railroad Commission website; load PA001 and PA002 to database to prepare for production | $393.75 |
| 11/09/16 | | Technical time - Process and tiff documents in preparation for review and production | $26.25 |
| 11/11/16 | | Technical time - Process ; tiff and number Prior Art documents | $27.13 |
| ████ | ██ | ████████████████████████████ | ████ |

**Total Expenses**  ████████

## Expenses Summary

| Description | Amount |
|-------------|--------|
| ████████████████ | ██████ |
| Trial prep/Tech time | $53.38 |
| Process and load native data for review | $393.75 |
| **Total Expenses** | **$1,116.78** |

**Total Fees, Expenses and Charges**  ████████



## Expenses

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| ██████ | ████ | ██████████████ | ████ |
| 11/15/16 | ████ | Technical time - Prepare Bluestone documents for production | $213.50 |

**Total Expenses** ████

## Expenses Summary

| Description | Amount |
|-------------|--------|
| Trial prep/Tech time | $213.50 |
| ████████████ | ████ |
| **Total Expenses** | ████ |

## Expenses

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| ████ | ██ | ████████████ | ████ |
| ████ | ██ | ████████████████████████████████ | ████ |
| 03/24/17 | ██ | Technical time - Process documents from BlueStone and EXCO | $26.25 |

**Total Expenses** ████

## Expenses Summary

| Description | Amount |
|-------------|--------|
| ████████████ | ████ |
| Trial prep/Tech time | $26.25 |
| ████████████ | ████ |

**Total Expenses** ████

## Expenses

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 04/11/17 | ██ | ESI Data Processing with TIFF - Process and tiff documents in b/w for review and production | $73.75 |
| ██████ | ████████████████████████████████ | | ████ |
| 04/18/17 | ██ | Technical time - Prepare client documents for production | $210.00 |
| ██████ | ██████████████████████████ | | ████ |
| ██████ | ██ ██████████ | | ████ |
| ██████ | ██ ██████████ | | ████ |
| ██████ | ██████████████████████████ | | ████ |
| 04/25/17 | ██ | Technical time - Prepare client documents for production | $7.88 |
| 04/28/17 | ██ | Technical time - Prepare Bluestone documents for production | $32.38 |

**Total Expenses** ████

## Expenses Summary

| Description | Amount |
|-------------|--------|
| ████████████████ | ████ |
| ESI Data Processing, Imaging and Load | $73.75 |
| ████████████████████ | ████ |
| **Total Expenses** | ████ |

████████████████████        ████████

████████████        ████████████

# Law Office of Scott Woloson, P.C.

Original Invoice Date:     8/1/2017
Addendum Date:     9/18/2017
Account No.     3.0038
Page No.     1
Addendum No.     1

**RE: Effective v. Bluestone (2:16-cv-607) - Division of Defendants' Balance**

Based of the following dates of setttlement, the portion of each defendant's fee follows:

| Defendant | Settlement Date | | Portion of Balance |
|---|---|---|---|
| Vantage Fort Worth | 6/27/2017 | | $1,671.10 |
| EnerVest | 7/4/2017 | | $1,671.10 |
| EXCO | 7/10/2017 | | $1,671.10 |
| Trinity River | 7/12/2017 | | $1,671.10 |
| Effective Exploration | Active | | $4,628.60 |

| | Total | $11,313.00 |
|---|---|---|